# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0123
Lower Tribunal No. 2023-CF-000034

_____

TREWSTON BLUE PIERCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Glades County.
Jack Lundy, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and PRATT, JJ., concur.


Philip R. Horowitz, of the Law Offices of Philip R. Horowitz, Miami, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED